**No. 52191.**—Lou Friedman et al. *v.* United States, protests 615087–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52192.**—Abouchar & Co. et al. *v.* United States, protests 733484–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.